IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PAMELA SWETT, personal representative of THE ESTATE OF JOSEPH DAOUST<br><br>v.<br><br>SOMERSET COUNTY, BARRY DELONG, JEFFREY JACQUES, BENJAMIN DUCHARME, GERARD BUSSELL, SCOTT LIBBY, et al. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:15-cv-155-JDL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

NOW COME the above-captioned parties, by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims asserted against Defendants with prejudice and without any costs to any party.

For Plaintiff:

Date: 2/5/2016                                         BY: /s/ Jonathan Sahrbeck
                                                      Jonathan Sahrbeck, Esq.
                                                          *Attorney for Plaintiff, Pamela Swett*
                                                          *as Personal Representative of The*
                                                          *Estate of Joseph Daoust*
                                                      Terry Garmey & Associates
                                                      482 Congress Street ~ Suite 402
                                                      Portland, ME  04101-3424
                                                      (207) 899-4644
                                                      jsahrbeck@garmeylaw.com

For Defendants:

Date: 2/5/2016                                         BY: /s/ Peter Marchesi
                                                      Peter Marchesi, Esq.
                                                          *Attorney for Defendants Somerset*
                                                          *County and Barry Delong*
                                                      Wheeler & Arey

                                            PO Box 376
                                            Waterville, ME  04903-0376
                                            (207) 873-7771
                                            Pbear@wheelerlegal.com

Date: 2/5/2016                          BY: /s/ Elizabeth Stouder_____
                                            Elizabeth Stouder, Esq.
                                            *Attorney for Defendant Jeffrey Jacques*
                                            Richardson,Whitman,Large&Badger
                                            465 Congress Street
                                            P.O. Box 9545
                                            Portland, ME   04112-9545
                                            (207) 774-7474
                                            EStouder@rwlb.com

Date: 2/5/2016                          BY: /s/ Lisa Cohen Lunn_____
                                            Lisa Cohen Lunn, Esq.
                                            *Attorney for Defendant Benjamin Ducharme*
                                            Vafiades,Brountas&Kominsky, LLC
                                            Key Plaza, 23 Water Street
                                            P.O. Box 919
                                            Bangor, ME   04402-0919
                                            (207) 947-6915
                                            lcl@vbk.com

Date: 2/5/2016                          BY: /s/ John Wall III_____
                                            John Wall III, Esq.
                                            *Attorney for Defendants Gerard Bussell and Scott Libby*
                                            Monaghan Leahy
                                            95 Exchange Street
                                            Portland, ME  04101
                                            (207) 774-3906
                                            JWall@MonaghanLeahy.com