IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PAMELA SWETT, personal representative of THE ESTATE OF JOSEPH DAOUST<br><br>v.<br><br>SOMERSET COUNTY, BARRY DELONG, JEFFREY JACQUES, BENJAMIN DUCHARME, GERARD BUSSELL, SCOTT LIBBY, et al. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 1:15-cv-155-JDL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

NOW COME the above-captioned parties, by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims asserted against Defendants with prejudice and without any costs to any party.

For Plaintiff:

Date: 2/1/2016                                           BY: /s/ Jonathan Sahrbeck_____
                                                                        Jonathan Sahrbeck, Esq.
                                                                            *Attorney for Plaintiff, Pamela Swett*
                                                                            *as Personal Representative of The*
                                                                            *Estate of Joseph Daoust*
                                                                            Terry Garmey & Associates
                                                                            482 Congress Street ~ Suite 402
                                                                            Portland, ME  04101-3424
                                                                            (207) 899-4644
                                                                            jsahrbeck@garmeylaw.com

For Defendants:

Date: 2/1/2016                                           BY: /s/ Peter Marchesi_____
                                                                        Peter Marchesi, Esq.
                                                                            *Attorney for Defendants Somerset*
                                                                            *County and Barry Delong*
                                                                            Wheeler & Arey

        PO Box 376
        Waterville, ME  04903-0376
        (207) 873-7771
        Pbear@wheelerlegal.com

Date: 2/1/2016        BY: /s/ Elizabeth Stouder_____
        Elizabeth Stouder, Esq.
        *Attorney for Defendant Jeffrey Jacques*
        Richardson,Whitman,Large&Badger
        465 Congress Street
        P.O. Box 9545
        Portland, ME  04112-9545
        (207) 774-7474
        EStouder@rwlb.com

Date: 2/1/2016        BY: /s/ Lisa Cohen Lunn_____
        Lisa Cohen Lunn, Esq.
        *Attorney for Defendant Benjamin Ducharme*
        Vafiades,Brountas&Kominsky, LLC
        Key Plaza, 23 Water Street
        P.O. Box 919
        Bangor, ME  04402-0919
        (207) 947-6915
        lcl@vbk.com

Date: 2/1/2016        BY: /s/ John Wall III_____
        John Wall III, Esq.
        *Attorney for Defendants Gerard Bussell and Scott Libby*
        Monaghan Leahy
        95 Exchange Street
        Portland, ME  04101
        (207) 774-3906
        JWall@MonaghanLeahy.com